# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MITCHELL P. GEDID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1000 |
| | ) | |
| HUNTINGTON NATIONAL BANK, *et al.*, | ) | Judge Nora Barry Fischer |
| | ) | Magistrate Judge Cathy Bissoon |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM ORDER**

Pending before the Court are Plaintiff Mitchell P. Gedid's Motion to Remand (Doc. 2) and Motion to Strike Amended Notice of Removal (Doc. 10). In opposition to Plaintiff's motions, Defendants assert that this Court has jurisdiction on the basis of diversity of citizenship under 28 U.S.C. § 1332(a)(1).

Defendant Huntington National Bank, however, has not provided sufficient information for the Court to determine Huntington National Bank's state of citizenship. Huntington National Bank is a national banking association. Decl. of Bryan Carson ¶ 4 (Doc. 7-22). A national banking association is a citizen of the state in which it is "located." 28 U.S.C. § 1348. A national bank is "located" in the state designated in its articles of association as its main office. Wachovia Bank, N.A. v. Schmidt, 546 U.S. 303, 318 (2006). This is not necessarily the bank's principal place of business. See Mfrs. & Traders Trust Co. v. HSBC Bank USA, N.A., 564 F. Supp. 2d 261, 265 (S.D.N.Y. 2008). Huntington National Bank has provided evidence establishing its principal place of business in Ohio, but has not provided evidence regarding the state designated in its articles of association as its main office. See Decl. of Bryan Carson ¶ 4 (Doc. 7-22).

1

Accordingly, the Court hereby **ORDERS** that Defendant Huntington National Bank, by September 2, 2011, file supplemental evidence from which the Court can ascertain Huntington National Bank's state of citizenship.

**IT IS SO ORDERED**.

                                                s/ Cathy Bissoon  
                                                Cathy Bissoon  
                                                U.S. Magistrate Judge

August 30, 2011

cc (via e-mail):

All counsel of record.