# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL P. GEDID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11-1000 |
| ) | Judge Nora Barry Fischer |
| HUNTINGTON NATIONAL BANK, *et al.*, ) | Magistrate Judge Cathy Bissoon |
| ) | |
| Defendants. ) | |
| ) | |

## **MEMORANDUM ORDER**

On August 23, 2011, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On September 2, 2011, the magistrate judge issued a Report (Doc. 23) recommending that Plaintiff's Motion to Remand (Doc. 2) be denied and that Plaintiff's Motion to Strike (Doc. 10) be denied.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this _23rd_ day of _September_, 2011, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (Doc. 2) is **DENIED** and Plaintiff's Motion to Strike (Doc. 10) is **DENIED**.

1

2

The Report and Recommendation of Magistrate Judge Bissoon dated September 2, 2011 is hereby adopted as the Opinion of the District Court.

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

9/23/2011

cc:

Mitchell P. Gedid (via CM/ECF e-mail)
All counsel of record (via CM/ECF e-mail)